1  Nina Wilder
   SBN 100474
2  Law Offices Of
   WEINBERG & WILDER
3  523 Octavia Street
   San Francisco, CA 94102
4  Telephone (415) 431-3472
   Facsimile   (415) 552-2703
5
   Attorneys for Defendant,
6  MANUEL CORONA CONTRERAS

7

8              IN THE UNITED STATES DISTRICT COURT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

   UNITED STATES OF AMERICA,              )     No. CR-08-0083 PJH
11                                         )
         Plaintiff,                        )     ORDER PERMITTING
12                                         )     DEFENDANTS TO USE MP3
                                           )     AUDIO PLAYERS TO REVIEW
13                                         )     DISCOVERY AT GLENN
         vs.                               )     DYER JAIL [Proposed]
14                                         )
   GUILLERMO ALEJANDRO ZARAGOZA, et al.,  )
15                                         )
         Defendants.                       )
16  _____)

17         TO:    ALAMEDA COUNTY SHERIFF'S DEPARTMENT, GLENN DYER

18  FACILITY:

19         YOU ARE HEREBY DIRECTED to permit the following defendants to use an approved

20  MP3 player in order to review audio discovery at Glenn Dyer Jail:

21         ZARAGOZA, GUILLERMO ALEJANDRO

22         CONTRERAS, MANUEL CORONA

23         QUEZADA, DAVID BEJINEZ

24         VALENCIA, MARTEL MURILLO

25         ZARAGOZA, EDUARDO

26         ZARAGOZA, MARTIN ESTRADA

27

28  ORDER RE: JAIL MP3 PLAYERS
    (CR-08-083 PJH)

1    Each defendant who requests an MP3 player will be permitted to have his own device.

2  At least two of the defendants, GILLERMO ALEJANDRO ZARAGOZA and MARTIN

3  ZARAGOZA, will require two MP3 players because of the volume of audio discovery pertaining

4  to them.

5    The MP3 players will be delivered to Inmate Services or to individual defendants by their

6  counsel, as directed by the facility's administration.

7  IT IS SO ORDERED.

8

9  Dated: __April 28_____, 2008

10  HONORA _____ON
    United Sta

IT IS SO ORDERED

Judge Phyllis J. Hamilton

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28