# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 08-00083-03 PJH |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION FOR APPOINTMENT OF COUNSEL** |
| MANUEL CORONA CONTRERAS, | Re: Dkt. Nos. 1051, 1057 |
| Defendant. | |

Defendant Manuel Corona Contreras has submitted a financial affidavit in response to the January 29, 2015, order requiring financial affidavit in support of his motion for appointment of counsel and setting filing deadlines. Contreras has also filed a pro se motion to reduce sentence and a second request for appointment of counsel. Having reviewed the financial affidavit, the court GRANTS the motion for appointment of counsel for the purpose of assisting Contreras on his motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2) in light of Amendment 782 to the United States Sentencing Guidelines Manual. Appointed counsel shall follow the procedures set forth in the January 29, 2015 order and Miscellaneous Order 2014.10.14.

**IT IS SO ORDERED.**

Dated: February 25, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge